# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA


FILED
FEB 21 2013
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>Martha Alicia Torres,<br><br>                Defendant. | CASE NO. 13-cr-00138-JM<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_    the Court has dismissed the case for unnecessary delay; or

\_\_\_    the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Indictment/Information:

    8:1324(a)(1)(A)(iv) and (v)(II) - Inducing and Encouraging Illegal

    Aliens to Enter the United States and Aiding and Abetting(1)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/21/13

                                  Karen S. Crawford
                                  U.S. Magistrate Judge